American Petroleum Institute v. Tailor Made Oil Co, LLC, TM Oil, LLC, Circle Town Oil,
William R. Selkirk, Rebecca Selkirk, Lincoln R. Schneider, and Jafarikal Corporation
Civil Action No. _____

**COMPLAINT**

# Exhibit D





**FUEL EFFICIENT FORMULA SM**

# TAILOR®
# MADE OIL

## MOTOR OIL
## SAE 10W-30 SM



DANGER: Harmful or Fatal if swallowed. Combustible. Read carefully other cautions on back panel.



Made in the USA
1 U.S. QUART