American Petroleum Institute v. Tailor Made Oil Co, LLC, TM Oil, LLC, Circle Town Oil, William R. Selkirk, Rebecca Selkirk, Lincoln R. Schneider, and Jafarikal Corporation
Civil Action No. _____

**COMPLAINT**

# Exhibit E



## TAILOR MADE OIL® | MOTOR OIL

**3-WAY PROTECTION**
HELPS CONTROL:
- WEAR
- DEPOSITS
- EMISSIONS

**Delivers value through:**
- Meets API Service SM, SL, SG.
- Excellent varnish, sludge and carbon deposit control.
- Low valve train, ring and liner wear.
- Protects against bearing and bushing corrosion.
- Excellent oxidation control to minimize oil thickening.
- Good high temperature stability.
- Controls oil thickening provides good filterability with newer higher soot producing engine control emissions.
- Resists viscosity loss due to shear.
- Low ash to minimize deposits.

**Applications:**
- Newer lower emission engines specifying the latest API Service SM.
- Also recommended for older engines calling for API Service SG.
- Prime recommendation for mixed fleets.

**WARNING:** May cause skin rashes and is an extreme eye irritant. Wash thoroughly for any skin contact, flush eyes and seek immediate attention.



SAVES FUEL — SM — HIGH QUALITY



7 88581 01497 4

To Re-order Contact:
Tailor Made Oil
www.tailormadeoil.com
info.sales@tailormadeoil.com