American Petroleum Institute v. Tailor Made Oil Co, LLC, TM Oil, LLC, Circle Town Oil,
William R. Selkirk, Rebecca Selkirk, Lincoln R. Schneider, and Jafarikal Corporation
Civil Action No. _____

**COMPLAINT**

# Exhibit F





## Better Energy Through Technology

| About Us | Products | News | Contact Us |

## Tailor Made Oil Products

| Motor & Engine Oils | Machine Oils, Fluids, Boosters & Greases | Coolants and Cleaners |
|---|---|---|
| **Multi Grade/Synthetic** | **Multi Grade/Synthetic** | **Antifreeze, Wiper Fluids, Auto Cleaners** |
| 5W-20, 5W-30, 5W-40 SM (Synthetic Blend) | Gear Oil GL-5 90 Full Synthetic | Green 100% and 50/50 - Anti Freeze |
| 10W-20, 10W-30, 10W-40 SM (Synthetic Blend) | Gear Oil Gl-5 140 Full Synthetic | Red 100% and 50/50 - Anti Freeze |
| 15W-40, 20W-50 CI-4 Plus, CJ | ATF Dextron 6 | Global 100% and 50/50 - Anti Freeze |
| 5W-20, 5W-30, 5W-40 SM Full Synthetic | ATF Dextron III G (Clear or Color) | Fuel Injector Cleaner (Gas) 12 oz. |
| 10W-20, 10W-30, 10W-40 SM Full Synthetic | Cycle 2 DCW III Green | Fuel Injector Cleaner (Diesel) 12 oz. |
| 0W-20, 0W-30, 0W-40, 0W-50 Full Synthetic | Marine Hydraulic Fluid | Brake Cleaner (Non-Chlorinated) - Spray |
| Multi SAE 15W-40 SF, CD | 4 Cycle | Choke Cleaner - Spray |
| Multi SAE 20W-50 | Brake Fluid DOT 3.8 oz. | Carburetor Cleaner - Spray |
| Mineral Oil 20W-50 | Brake Fluid DOT 4.8 oz. | Windshield Wiper Fluid 100% and 50/50 |
| Multi SAE 20W-60 | Motorcycle Oil 20W-50 (Mineral Oil) | |
| Multi SAE 25W-50 | Motorcycle Oil 20W-50 (Synthetic) | |
| SAE 5W-40 SL/CF (Semi-Synthetic) | Bar Chain Oil | |
| SAE 5W-50 (Semi-Synthetic) | Cutting Oil | |
| 10W-40 Diesel Truck (Semi-Synthetic) | Ultra NLGL 3 | |
| 10W-40 Gas (Semi-Synthetic) | Ultra NLGL 0 | |
| HD SAE 40 | Machine Oil JM Grind 80 | |
| HD SAE 50 | Rust Inhibitor (Water) | |
| HD SAE 60 | Rust Inhibitor (Oil) | |
| | Hyd 32 & 22 | |
| | Hyd 46 | |
| | Hyd 68 | |
| | DEF/Urea | |

*Available in all size packaging*



Anti Freeze and Windshield Wiper Fluid



Freedom Motorcycle Oil



Motor Oil / Diesel Engine Oil

© 2010 Tailor Made Oil LLC. All Rights Reserved.

Web Hosting powered by Network Solutions®





## Better Energy Through Technology


Home    About Us    Products    News    Contact Us



Bill Selkirk, President, is proud to announce a distributorship that launched in Fontana, CA. Mr. Luis Cervantes launched a private label of many lube oil products for the mechanic's market in Southern CA. We are excited about this West Coast partnership and look forward to helping Mr. Cervantes be more profitable by using Tailor Made Oil.

We have also forged a relationship with Jafarakil Corporation in Rosedale, NY. Jafarakil is a preferred vendor for the US government and a significant seller of lubes and specialty grease products.

A new deal with Carbide Company, located in Louisville, KY has been secured. Carbide's quality control and assessment team visited our production site with very favorable reviews of our quality and process flow procedures. Passing this very stringent review will allow us to sell our base oil, lube oil and industrial oils to Carbide.



**Upcoming Events**

© 2010 Tailor Made Oil LLC. All Rights Reserved.

Web Hosting powered by Network Solutions®





Better Energy Through Technology

**About Us          Products          News   Contact Us**

Pricing, Product Data Sheets, and (MSDS) product Material Safety Data Sheets are available for all products upon request. Email or fax our Customer Service (24/7) with your request at info.sales@tailormadeoilco.com. You may also call during regular business hours (EST) with request details at PHONE.

We are available to answer your questions on any products we offer from 7 a.m. to 5 p.m. EST.

If you wish to contact us by e-mail, fax, phone or letter please contact us at:

**Sales/Administration**
Tailor Made Oil
544 N Jacksonburg Road, Cambridge City, IN 47327
Phone: 765.541.1404
Fax: 765.478.5114
Email: info.sales@tailormadeoilco.com
Website: tailormadeoilco.com

First Name: *

Last Name: *

E-mail: *

Phone:

Your Message: *

Submit

© 2010 Tailor Made Oil LLC. All Rights Reserved.

Web Hosting powered by Network Solutions®