American Petroleum Institute v. Tailor Made Oil Co, LLC, TM Oil, LLC, Circle Town Oil, William R. Selkirk, Rebecca Selkirk, Lincoln R. Schneider, and Jafarikal Corporation
Civil Action No. _____

**COMPLAINT**

# Exhibit G



http://tailormadeoilco.com/images/5w30Synthq.jpg

10/4/2011