American Petroleum Institute v. Tailor Made Oil Co, LLC, TM Oil, LLC, Circle Town Oil,
William R. Selkirk, Rebecca Selkirk, Lincoln R. Schneider, and Jafarikal Corporation
Civil Action No. _____

**COMPLAINT**

# Exhibit H



Welcome to Alibaba.com, Join Free | Sign In

Buy ▾  Sell ▾  Community ▾



<< Back To Product Details

## Lube Oil all viscosities



---

**Send your message to this supplier**

Enter email or Member ID

 **Mr. Lincoln Schneider** 

Circle Town Oil

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Enter between 20 to 8,000 characters.

**Send**